**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Ohio

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Coshocton County Memorial Hospital Association | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | CCMH; Coshocton Hospital; Coshocton County Memorial Hospital | |
| 3. Debtor's federal Employer Identification Number (EIN) | 3 1 - 4 3 8 7 5 7 7 | |
| 4. Debtor's address | **Principal place of business**<br><br>1460 Orange Street<br>Coshocton, OH 43812<br><br><br><br>Coshocton County<br>County | **Mailing address, if different from principal place of business**<br><br><br><br><br><br>**Location of principal assets, if different from principal place of business** |
| 5. Debtor's website (URL) | www.ccmh.com | |
| 6. Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☒ Other. Specify: Ohio non-profit corporation | |

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Generated by CaseFilePRO

Debtor  <u>Coshocton County Memorial Hospital Association</u>   Case number (if known) _____
       Name

7. **Describe debtor's business**

   A. *Check one:*

   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .

   <u>6</u>  <u>2</u>  <u>2</u>  <u>1</u>

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
           District _____  When _____  Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                         MM / DD / YYYY
            Case number, if known _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

| Debtor | Coshocton County Memorial Hospital Association | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Voluntary Petition for Non-Individuals Filing for Bankruptcy

| Debtor | Coshocton County Memorial Hospital Association | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/30/2016
MM / DD / YYYY

✗ /s/ Lorri Wildi
Signature of authorized representative of debtor

Lorri Wildi
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

✗ /s/ Sean D. Malloy
Signature of attorney for debtor

Date 06/30/2016
MM / DD / YYYY

Sean D. Malloy
McDonald Hopkins LLC
600 Superior Avenue East
Ste 2100
Cleveland, OH 44114

(216) 348-5400
Contact phone

smalloy@mcdonaldhopkins.com
Email address

0073157
Bar number

OH
State

Contact phone

Email address

Bar number

State

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Generated by CaseFilePRO

16-51552-amk    Doc 1    FILED 06/30/16    ENTERED 06/30/16 07:23:23    Page 4 of 10

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GENESIS HEALTHCARE<br>2800 MAPLE AVENUE<br>ZANESVILLE, OH 43701 | WENDY S. CEDOZ<br>740-455-4975<br>wcedoz@genesishcs.org | SERVICES PROVIDED | | | | 8,170,471.76 |
| 2 | ARAMARK CORPORATION<br>10510 TWIN LAKES PARKWAY<br>CHARLOTTE, NC 28269 | MICHAEL J. CLEARY<br>215-238-3434<br>cleary-mike@aramark.com | SERVICES PROVIDED | | | | 844,814.60 |
| 3 | PREMIER ANESTHESIA<br>2655 Northwinds Parkway<br>Alpharetta, GA 30009 | Norb Hummel<br>770-643-5579<br>hummel@premieranesthesia.com | SERVICES PROVIDED | | | | 668,942.72 |
| 4 | THE CLARO GROUP, LLC<br>321 N. Clark Street<br>Suite 1200<br>Chicago, IL 60654 | Lee Kuhn<br>312-508-4443<br>lkuhn@theclarogroup.com | SERVICES PROVIDED | | | | 495,732.42 |
| 5 | SODEXO, INC & AFFILIATES<br>4880 Payshere Circle<br>Chicago, IL 60674 | Charlie Baumer<br>269-329-4215<br>charlie.baumer@sodexo.com | SERVICES PROVIDED | | | | 332,535.67 |
| 6 | HEALTHCARE FINANCIAL SYSTEMS<br>4000 Hollywood Blvd.<br>Suite 600N<br>Hollywood, FL 33021 | Melanie Damian<br>305-371-3960<br>mdamian@dvllp.com | SERVICES PROVIDED | | | | 242,363.74 |
| 7 | BRICKER & ECKLER LLP<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | MICHAEL K. GIRE<br>614-227-2318<br>mgire@bricker.com | SERVICES PROVIDED | | | | 227,986.20 |
| 8 | SENECA MEDICAL INC<br>85 Shaffer Park Drive<br>Tiffin, OH 44883 | David Myers<br>419-447-0222 | TRADE DEBT | | | | 222,809.71 |

Debtor: Coshocton County Memorial Hospital Association          Case number (if known)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | CARDINAL HEALTH<br>71 Mil Acres Drive<br>Wheeling, WV 26003 | Ann Stuver<br>614-757-9081<br>ann.stuver@cardinalhealth.com | TRADE DEBT | | | | 202,224.07 |
| 10 | SENTRY DATA SYSTEMS INC<br>800 Fairway Dr. #400<br>Deerfield Beach, FL 33441 | Megan W. Carroll<br>800-411-4566<br>mcarroll@sentryds.com | SERVICES PROVIDED | | | | 191,147.00 |
| 11 | EMCARE, INC.<br>7032 Collection Center Drive<br>Chicago, IL 60693 | Michael T. Ryker<br>317-783-7474<br>michael.ryker@emcare.com | SERVICES PROVIDED | | | | 164,507.90 |
| 12 | SHIFTWISE, INC.<br>1800 SW 1st Avenue<br>Suite 510<br>Portland, OR 97201 | Kristine Mitchell<br>503-548-2038<br>kmitchell@shiftwise.net | SERVICES PROVIDED | | | | 160,169.99 |
| 13 | DELL MARKETING L P<br>One Dell Way<br>Round Rock, TX 78682 | Carrick Carpenter<br>617-513-0740<br>carrick_carpenter@dell.com | SERVICES PROVIDED | | | | 140,912.59 |
| 14 | MEDTRONIC USA<br>4642 Collections Center Drive<br>Chicago, IL 60693 | Gary Ellis<br>763-514-4000<br>gary.l.ellis@medtronic.com | TRADE DEBT | | | | 127,061.51 |
| 15 | GE HEALTHCARE<br>15724 Collection Center Drive<br>Chicago, IL 60693 | Laura O'Donnell<br>262-544-3011 | SERVICES PROVIDED | | | | 104,250.61 |
| 16 | COSHOCTON COUNTY TREASURER<br>349 Main Street<br>Coshocton, OH 43812 | Janette Donaker<br>740-622-2731<br>janettedonaker@coshoctoncounty.net | REAL ESTATE TAXES | | | | 98,338.33 |
| 17 | DIXON HUGHES GOODMAN LLP<br>191 Peachtree Street, NE<br>Suite 2700<br>Atlanta, GA 30303 | Jim Yanci<br>330-655-3317<br>jim.yanci@dhgllp.com | SERVICES PROVIDED | | | | 93,159.64 |
| 18 | EXECUTIVE HEALTH RESOURCES, INC.<br>15 Campus Boulevard<br>Suite 200<br>Newtown Square, PA 19073 | Steven A. Greenspan<br>610-446-6100<br>ar@ehrdocs.com | SERVICES PROVIDED | | | | 92,382.00 |
| 19 | MEDICAL INFORMATION TECHNOLOGY,INC<br>PO Box 74569<br>Chicago, IL 60696 | Barbara Manzolillo<br>781-821-3000<br>bmanzolillo@meditech.com | SERVICES PROVIDED | | | | 88,943.00 |
| 20 | BOSTON SCIENTIFIC CORP<br>P.O. Box 8500-6205<br>Philadelphia, PA 19178-6205 | Brian Carpenter<br>508-382-0253<br>brian.carpenter@bsci.com | TRADE DEBT | | | | 69,721.24 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

# United States Bankruptcy Court
## Northern District of Ohio

In re  Coshocton County Memorial Hospital Association,

Debtor

Case No. _____

Chapter  11

## VERIFICATION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Lorri Wildi, the Chief Executive Officer of Coshocton County Memorial Hospital Association, the nonprofit corporation named as debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge.

June 30, 2016
Date

*/s/ Lorri Wildi*
Lorri Wildi/Chief Executive Officer

{6182698;}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                            )
                                                  ) Chapter 11
COSHOCTON COUNTY MEMORIAL                         )
HOSPITAL ASSOCIATION,                             ) Case No. 16-_____
   an Ohio nonprofit corporation,                )
                                                  ) Judge
               Debtor.                          )
                                                  )
(Federal Tax I.D. No. 31-4387577)                 )

## LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, Coshocton County Memorial Hospital Association submits the following information:

| Name of Member(s) |
|---|
| None |

| Name and Address of Equity Security Holder | Interest |
|---|---|
| None – an Ohio nonprofit corporation | n/a |

{5924316:}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| COSHOCTON COUNTY MEMORIAL | ) |
| HOSPITAL ASSOCIATION, | ) Case No. 16-_____ |
| an Ohio nonprofit corporation, | ) |
| | ) Judge |
| Debtor. | ) |
| | ) |
| (Federal Tax I.D. No. 31-4387577) | ) |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

I, Lorri S. Wildi, Chief Executive Officer of the non-profit corporation named as Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: June 30, 2016

Signature: *Lorri S. Wildi*
Printed Name: Lorri S. Wildi
Title: Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re  Coshocton County Memorial Hospital Association,                    Case No. _____

                                                        Debtor            Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, Lorri Wildi, the Chief Executive Officer of Coshocton County Memorial Hospital Association, the nonprofit corporation named as debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the Creditor Matrix submitted by the Debtor and that it is true and correct to the best of my knowledge.

June 30, 2016                          *Lorri Wildi*
Date                                   Lorri Wildi/Chief Executive Officer

{5924722:}