UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| COSHOCTON COUNTY MEMORIAL | ) |
| HOSPITAL ASSOCIATION, | ) Case No. 16-51552 |
| an Ohio nonprofit corporation, | ) |
| | ) Judge Alan M. Koschik |
| Debtor. | ) |
| | ) |
| (Federal Tax I.D. No. 31-4387577) | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO:    DEBTORS, CREDITORS AND ALL OTHER PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that the undersigned, M. Colette Gibbons and Robert M. Stefancin and the firm of Ice Miller LLP hereby enters their appearance as counsel for Prime Healthcare Foundation, Inc. ("Prime") and requests that all motions, notices, pleadings, and all papers served or required to be served in this case be served upon the undersigned at the address below.

**FURTHER, PLEASE TAKE NOTICE** that the undersigned, Leonard M. Shulman and Michael J. Petersen and the firm of Shulman Hodges & Bastian LLP hereby enters their appearance as counsel for Prime Healthcare Foundation, Inc. ("Prime") and requests that all motions, notices, pleadings, and all papers served or required to be served in this case be served upon the undersigned at the address below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission or otherwise filed with regard to the above referenced bankruptcy proceeding.

Respectfully submitted,

/s/ M. Colette Gibbons
M. Colette Gibbons (0003095)
Robert M. Stefancin (0047184)
ICE MILLER LLP
600 Superior Avenue East, Suite 1701
Cleveland, Ohio 44114
Phone: (216) 621-6501/Fax: (216) 621-6502
E-mail: Colette.Gibbons@icemiller.com
E-mail: Robert.Stefancin@icemiller.com

*Counsel to Prime Healthcare Foundation, Inc.*

-and-

/s/ Leonard M. Shulman
Leonard M. Shulman (126349)
Michael J. Petersen (169733)
SHULMAN HODGES & BASTIAN LLP
8105 Spectrum Center Drive, Suite 600
Irvine, California 92618
Phone: (949) 340-3400/Fax: (949) 340-3000
E-mail: lshulman@shbllp.com
E-mail: mpetersen@shbllp.com

*Counsel to Prime Healthcare Foundation, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2016 a true and correct copy of this *Notice of Appearance and Request for Service of Papers* was served via the Court's Electronic Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Sean D. Malloy - smalloy@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com; tmathews@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com
- Jonathan S. Hawkins – Jonathon.hawkins@thompsonhine.com, thdaytonecf@thompsonhine.com

- United States Trustee – (registered address)@usdoj.gov

I further certify that on June 30, 2016 a true and correct copy of the foregoing *Notice of Appearance* was served via U.S. mail upon the following:

Coshocton County Memorial
Hospital Association
1460 Orange Street
Coshocton, OH 43812

/s/ M. Colette Gibbons
M. Colette Gibbons (0003095)

*Counsel to Prime Healthcare Foundation, Inc.*

CL\272600.1

3