# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:

COSHOCTON COUNTY MEMORIAL
HOSPITAL ASSOCIATION,

Debtor.

Case No. 16-51552 (AMK)

Chapter 11

Judge Alan M. Koschik

## AMENDED NOTICE OF APPOINTMENT OF
## UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102(a), the following creditors of the above-named debtor are appointed to the official unsecured creditors' committee:[1]

1. **Aramark Corporation**, Attn: Catherine G. Williams, Aramark Tower, 1101 Market Street, 29th Floor, Philadelphia, PA 19107; Phone: (215) 238-4008.

2. **EmCare, Inc.** Attn: Marc A. Bonara, 6363 S. Fiddlers Green Circle, Suite 1400, Greenwood Village, CO 80111; Phone: (303) 495-1288.

3. **Healthcare Financial Systems, Inc.**, Attn: Michael Lewitt; 4000 Hollywood Blvd., Suite 164N, Hollywood, FL 33021; Phone (954) 239-5132.

4. **Premier Anesthesia, LLC**, Attn: Randy A. Walker; 2655 Northwinds Parkway, Alpharetta, GA 30009; Phone: (678) 690-7812.

5. **Sodexo Operations, LLC**, Attn: Bradley Hamman, 283 Cranes Roost Blvd., Suite 260, Altamonte Springs, FL 32701; Phone: (407) 339-3230 Ext. 35204.

Dated: July 11, 2016

Respectfully submitted,

**DANIEL M. MCDERMOTT**
**UNITED STATES TRUSTEE, REGION 9**

By: */s/ Tiiara N. A. Patton* .
Tiiara N. A. Patton (00081912)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue E, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7800 ext. 250
Fax: (216) 522-7193
Email: tiiara.patton@usdoj.gov

cc: Committee Members
Debtor's Counsel

---

[1] Amended to reflect the addition of Premier Anesthesia, LLC.