|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| COSHOCTON COUNTY MEMORIAL HOSPITAL ASSOCIATION, | : | Case No. 16-51552 |
| An Ohio nonprofit corporation, | : | Judge Alan M. Koschik |
|  | : |  |
| Debtor. | : |  |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the following attorneys hereby appear as proposed co-counsel to The Official Committee of Unsecured Creditors of Coshocton County Memorial Hospital Association (the "Committee"), a party-in-interest in the above-referenced bankruptcy proceeding, and pursuant to *inter alia*, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, request that the following names be added to any service list in this proceeding and that all notices given or required to be given in this case and all papers served or required to be served in this proceeding, be given to and served upon:

Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
George R. Hirsch, Esq.
Lucas F. Hammonds, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-6982 (telephone)
(973) 643-6500 (facsimile)
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
ghirsch@sillscummis.com
lhammonds@sillscummis.com

*Proposed Co-Counsel to The Official Committee of Unsecured Creditors*

and

Daniel A. DeMarco, Esq.
Christopher B. Wick, Esq.
Rocco I. Debitetto, Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
(216) 621-0150 (telephone)
(216) 241-2824 (facsimile)
dademarco@hahnlaw.com
cwick@hahnlaw.com
ridebitetto@hahnlaw.com

*Proposed Co-Counsel to The Official Committee of Unsecured Creditors*

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this proceeding, including the Committee, with respect to: (a) Coshocton County Memorial Hospital Association, the above captioned debtor (the "Debtor"); (b) property of the Debtor's bankruptcy estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this *Notice of Appearance, Request for Service of Papers and Reservation of Rights* nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters, or in matters and proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution, entered only after *de novo* review by a United States District Court Judge; (2) its right to

trial by jury in any proceeding so triable in this proceeding or any case, controversy or proceeding relating to this proceeding; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 13, 2016

Respectfully submitted,

/s/ Daniel A. DeMarco
Daniel A. DeMarco (0038920)
Christopher B. Wick (0073126)
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
Email: dademarco@hahnlaw.com
cwick@hahnlaw.com
ridebitetto@hahnlaw.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

.

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2106, a true and correct copy of the *Notice of Appearance, Request for Service of Papers and Reservation of Rights* was served:

Via the court's Electronic Case Filing System on these entitles and individuals who are listed on the court's Electronic Mail Notice List:

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas R. Allen     allen@aksnlaw.com, doan@aksnlaw.com
- Maria Carr     mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Erin L. Gapinski     gapinski@aksnlaw.com, doan@aksnlaw.com
- M. Colette Colette Gibbons     Colette.Gibbons@icemiller.com, Carol.Builder@icemiller.com;Susan.Browdy@icemiller.com
- Keith L. Gibson     kgibson@lockelord.com, steven.bryant@lockelord.com;SHumeniuk@lockelord.com;tlanzi@lockelord.com
- Emily S. Gottlieb     emily.gottlieb@gardencitygroup.com, PACERteam@gardencitygroup.com
- Jonathan S. Hawkins     jonathan.hawkins@thompsonhine.com, thdaytonecf@thompsonhine.com
- Michael J. Kaczka     mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Sean D. Malloy     smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;tmathews@mcdonaldhopkins.com;mgupta@mcdonaldhopkins.com
- Tiiara N. A. Patton     tiiara.patton@usdoj.gov
- Matthew M. Scheff     scheff.matthew@dol.gov
- Richard K. Stovall     stovall@aksnlaw.com, ashton@aksnlaw.com;pfefferle@aksnlaw.com;schenck@aksnlaw.com
- Judy D. Thompson     jdt@jdtompsonlaw.com
- United States Trustee     (Registered address)@usdoj.gov
- Kristin Watson     kwatson@cloppertlaw.com

And by regular U.S. mail, postage prepaid, on:

| | |
|---|---|
| Aramark Corporation<br>Attn: Catherine G. Williams<br>Aramark Tower<br>1101 Market Street, 29th Floor<br>Philadelphia, PA 19107 | EmCare, Inc.<br>Attn: Marc A. Bonara<br>6363 S. Fiddlers Green Circle<br>Suite 1400<br>Greenwood Village, CO 80111 |
| Healthcare Financial Systems, Inc.<br>Attn: Michael Lewitt<br>4000 Hollywood Blvd.<br>Suite 164N<br>Hollywood, FL 33021 | Premier Anesthesia, LLC<br>Attn: Randy A. Walker<br>2655 Northwinds Parkway<br>Alpharetta, GA 30009 |
| Sodexo Operations, LLC<br>Attn: Bradley Hamman<br>283 Cranes Roost Blvd., Suite 260<br>Altamonte Springs, FL 32701 | Dell Marketing, L.P.<br>c/o Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Suite 811<br>Austin, TX 78704 |

Dated: July 13, 2016

/s/ Daniel A. DeMarco
Daniel A. DeMarco (0038920)
Christopher B. Wick (0073126)
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
Email: dademarco@hahnlaw.com
cwick@hahnlaw.com
ridebitetto@hahnlaw.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*