This document was signed electronically on July 22, 2016, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: July 22, 2016



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| COSHOCTON COUNTY MEMORIAL ) | |
| HOSPITAL ASSOCIATION, ) | Case No. 16-51552 |
|   an Ohio nonprofit corporation, ) | |
| ) | Judge Koschik |
|   Debtor. ) | |
| ) | |
| (Federal Tax I.D. No. 31-4387577) ) | |

**ORDER SUPPLEMENTING THE ORDER (I) AUTHORIZING THE DEBTOR TO (A) PAY CERTAIN PREPETITION EMPLOYEE OBLIGATIONS AND RELATED CLAIMS AND (B) CONTINUE TO PROVIDE EMPLOYEE BENEFITS IN THE ORDINARY COURSE OF BUSINESS AND (II) GRANTING OTHER RELATED RELIEF**

This matter coming before the Court on Motion of Debtor to Supplement Order (I) Authorizing the Debtor to (A) Pay Certain Prepetition Employee Obligations and Related Claims and (B) Continue to Provide Employee Benefits in the Ordinary Course of Business and (II) Granting Other Related Relief, Docket No. 67 (the "Motion"), filed by the above-captioned debtor and debtor in possession (the "Debtor"). The Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 157; (b) this proceeding

{6224657:}

16-51552-amk    Doc 94    FILED 07/22/16    ENTERED 07/22/16 16:12:11    Page 1 of 3

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of this chapter 11 case and the Motion is proper under 28 U.S.C. § 1408 and § 1409; (d) service and notice of the Motion was sufficient under the circumstances; and (e) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED.

2. Capitalized terms used but not defined herein have the meanings given to them in the Motion.

3. The Employee Obligations Order is hereby supplemented as follows: the Debtor is authorized, but not directed, to pay the Physician his total accrued and unpaid prepetition wages and other compensation in full, including the amount that is over the statutory priority limit of $12,850.

4. The requirements of Bankruptcy Rule 6003(b) have been satisfied in response to the payments authorized herein.

5. This Order shall be immediately effective and enforceable upon its entry. To the extent applicable, the 14-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

Prepared by:

/s/Sean D. Malloy (0073157)
Michael J. Kaczka (0076548)
Maria G. Carr (0092412)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION