UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO (AKRON)

| | | |
|---|---|---|
| In Re: | : | Case No. 16-51552 |
| | : | |
| Coshocton County Memorial Hospital | : | Chapter 11 |
| Association, aka CCMH, | : | Judge Alan M. Koschik |
| aka Coshocton Hospital, | : | |
| aka Coshocton County Memorial | : | **NOTICE OF MOTION OF JOHN** |
| Hospital, | : | **SZAKAL, INDIVIDUALLY AND AS** |
| | : | **ADMINISTRATOR OF THE ESTATE** |
| Debtor. | : | **OF CONNIE SZAKAL FOR RELIEF** |
| | : | **FROM STAY TO PROCEED WITH** |
| | : | **STATE COURT ACTION** |

JOHN SZAKAL, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CONNIE SZAKAL filed papers with the Court on August 8, 2016 to obtain relief from stay to proceed with a state court action. The preliminary hearing on this matter, if any is required, is set for **August 30, 2016 at 2:00 p.m.** at the United States Bankruptcy Court, 2 South Main St., Akron, Ohio 44308.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **August 25, 2016**, you or your attorney must:

File with the court a written request for hearing and a written response setting forth the specific grounds for objection at:

Clerk of Courts
United States Bankruptcy Court
455 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

If you mail your request and response to the court for filing, you must mail it early enough so that court will receive it on or before the date set forth above.

You must also mail a copy to:

Stephanie P. Union
KEGLER, BROWN, HILL & RITTER, LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
*Counsel for John Szakal, Individually and as Administrator of
the Estate of Connie Szakal*

and

U. S. Trustee
U.S. Department of Justice, Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave. East, Ste. 441
Cleveland, Ohio 44114

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

        Respectfully submitted,

        */s/ Stephanie P. Union*
        Stephanie P. Union  (0071092)
        Christy A. Prince  (0082220)
        KEGLER, BROWN, HILL & RITTER, LPA
        65 East State Street, Suite 1800
        Columbus, Ohio 43215
        Tel.: 614/462-5400/ Fax: 614/464-2634
        sunion@keglerbrown.com
        cprince@keglerbrown.com
        *Counsel for John Szakal, Individually and as Administrator of the Estate of Connie Szakal*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Notice of Motion of John Szakal, Individually and as Administrator of the Estate of Connie Szakal for Relief from Stay to Proceed with State Court Action* has been electronically transmitted on or about August 8, 2016 via the Court's CM/ECF System to the following who are listed on the Court's Electronic Mail Notice List:

- Thomas R. Allen     allen@aksnlaw.com; doan@aksnlaw.com
- Randolph T. Barker     rbarker@berrymoorman.com
- Maria Carr     mcarr@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
- Daniel A. DeMarco     dademarco@hahnlaw.com
- James W. Ehrman     jwe@WEadvocate.net
- Erin L. Gapinski     gapinski@aksnlaw.com; doan@aksnlaw.com
- M. Colette Gibbons     Colette.Gibbons@icemiller.com; Carol.Builder@icemiller.com; Susan.Browdy@icemiller.com
- Keith L. Gibson     kgibson@lockelord.com; tlanzi@lockelord.com; steven.bryant@lockelord.com SHumeniuk@lockelord.com

109240.000001/#4820-0345-1957 v1

2

- Emily S. Gottlieb          Emily.gottlieb@gardencitygroup.com;
                             PACERteam@gardencitygroup.com
- Jonathan S. Hawkins        jonathan.hawkins@thompsonhine.com
                             thdaytonecf@thompsonhine.com
- Michael J. Kaczka          mkaczka@mcdonaldhopkins.com;
                             bkfilings@mcdonaldhopkins.com
- Suzana Koch                Suzana.Koch@usdoj.gov
- Sean D. Malloy             smalloy@mcdonaldhopkins.com
                             bkfilings@mcdonaldhopkins.com
                             tmathews@mcdonaldhopkins.com
                             mgupta@mcdonaldhopkins.com
- Jill N. Nicholson          jnicholson@foley.com
- Ronald K. Nims             rknims@nimslaw.com
- Tiiara N.A. Patton         tiara.patton@usdog.gov
- Katherine A. Seabright     kseabright@riddellwilliams.com
- Matthew M. Scheff          scheff.matthew@dol.gov
- Richard K. Stovall         stovall@aksnlaw.com; ashton@aksnlaw.com
                             pfefferle@aksnlaw.com; schenck@aksnlaw.com
- Judy D. Thompson           jdt@jdtompsonlaw.com
- Stephanie P. Union         sunion@keglerbrown.com
- United States Trustee      (Registered address)@usdoj.gov
- Kristin Seifert Watson     kwatson@cloppertlaw.com
- David M. Whittaker         dwhittaker@bricker.com
- Jeffrey C. Wisler          jwisler@connollygallagher.com

and by regular U.S. mail, postage prepaid, to:

Aramark Corporation
Attn: Catherine G. Williams
Aramark Tower
1101 Market Street, 29th Floor
Philadelphia, PA 19107
*Creditor Committee*

EmCare, Inc.
Attn: Marc A. Bonara
6363 S. Fiddlers Green Circle, Suite 140
Greenwood Village, CO 80111
*Creditor Committee*

Healthcare Financial Systems, Inc.
Attn: Michael Lewitt
4000 Hollywood Blvd., Suite 164N
Hollywood, FL 33021
*Creditor Committee*

Sodexo Operations, LLC
Attn: Bradley Hamman
283 Cranes Roost Blvd., Suite 260
Altamonte Springs, FL 32701
*Creditor Committee*

Coshocton County Memorial Hospital Association
1460 Orange Street
Coshocton, OH 43812
*Debtor*

Stryker Instruments, a Division of Stryker Corporation
c/o Lori L. Purkey, Esq.
Purkey & Associates, P.L.C.
5050 Cascasde Road SE, Ste. A
Grand Rapids, MI 49546

109240.000001/#4820-0345-1957 v1

3

Dell Marketing, L.P.  
c/o Streusand, Landon & Ozburn, LLP  
811 Barton Springs Rd., Suite 811  
Austin, TX 78704  

Andrew H. Sherman  
Sills Cummis & Gross PC  
One Riverfront Plaza  
Newark, NJ 07102  

Boris I. Mankovetskiy  
Sills Cummis & Gross PC  
One Riverfront Plaza  
Newark, NJ 07102  

*/s/ Stephanie P. Union*  
Stephanie P. Union     (0071092)