# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 16-51552 |
| COSHOCTON COUNTY MEMORIAL | ) |
| HOSPITAL ASSOCIATION, | ) Judge Koschik |
| an Ohio nonprofit corporation, | ) |
|  | ) |
| *Debtor.* | ) |
|  | ) |
| (Federal Tax I.D. No. 31-4387577) | ) |
|  | ) |

## AFFIDAVIT OF JOEL R. HLAVATY IN SUPPORT OF EMPLOYMENT OF FRANTZ WARD LLP AS PROFESSIONAL TO RENDER SERVICES IN THE ORDINARY COURSE OF BUSINESS

| STATE OF OHIO | ) |
|---|---|
|  | ) SS. |
| COUNTY OF CUYAHOGA | ) |

I, Joel R. Hlavaty, being first duly sworn and deposed, state:

1.     I am a Partner with Frantz Ward LLP, which maintains offices at 200 Public Square, Suite 3000, Cleveland, Ohio 44114.

2.     Prior to the commencement of the above-captioned chapter 11 case, Frantz Ward was retained by the Debtor to provide assistance with labor and employment and other matters.

3.     The Debtor does not owe Frantz Ward any monies for services rendered before June 30, 2016.

4.     To the best of my knowledge, Frantz Ward has no other connection with the Debtor, its creditors, other parties-in-interest, or the United States Trustee except for those connections disclosed on the attached Exhibit A.

5.     Frantz Ward may have performed services in the past and may perform services in the future, in matters unrelated to the Debtor's chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case. As part of its customary practice, Frantz Ward is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtor, claimants and parties in interest in the chapter 11 case.

6.     Joel Hlavaty represents that neither Frantz Ward nor any member or professional employed by Frantz Ward, insofar as can be reasonably ascertained, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which Frantz Ward is to be employed.

_____
Joel R. Hlavaty
Partner, Frantz Ward LLP

Subscribed and sworn to before
me this 8th day of August, 2016

_____
Notary Public

**KATHLEEN A. KENNICK**
NOTARY PUBLIC, STATE OF OHIO
Recorded in Cuyahoga County
My Comm. Expires 5-08-18

2

## Exhibit A

| Person/Entity | Relationship to Debtor | Relationship to Frantz Ward |
|---|---|---|
| JP Morgan Chase Bank, N.A. | Secured Lender/Party to UCC Filing | **Former** client of Frantz Ward. Frantz Ward did not represent this client in connection with the Debtor. |
| AmerisourceBergen | Secured Lender/Party to UCC Filing | **Former** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Aetna Medicare Advantage | Creditor | Aetna Life Insurance Company is a **former** client of Frantz Ward. Frantz Ward did not represent this client in connection with the Debtor. |
| Anthem Blue Cross PPO | Creditor | Anthem, Inc. and Anthem Blue Cross/Blue Shield are **current** clients of Frantz Ward. Frantz Ward does not represent these clients in connection with the Debtor. |
| AT&T | Creditor | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Baxter Healthcare | Creditor | **Former** client of Frantz Ward. Frantz Ward did not represent this client in connection with the Debtor. |
| Chicago Title Insurance Co. | Creditor | **Former** client of Frantz Ward. Frantz Ward did not represent this client in connection with the Debtor. |
| Dell Marketing LP | Creditor | **Current** Client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Emerson Network Power | Creditor | Emerson Electric Company is a **current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |

| | | |
|---|---|---|
| FedEx | Creditor | FedEx Ground Package System, Inc. is a **current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Kent State University | Creditor | **Former** client of Frantz Ward. Frantz Ward did not represent this client in connection with the Debtor. |
| Medical Mutual | Creditor | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Sherwin Williams | Creditor | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Siemens Medical Solutions USA, Inc. | Creditor | **Former** client of Frantz Ward. Frantz Ward did not represent this client in connection with the Debtor. |
| Simplexgrinnell | Creditor | Simplexgrinnell LP is a **former** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Steris Corporation | Creditor | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Tyco Integrated Security | Creditor | Tyco Electronics Corporation, Tyco International and Tyco Fire & Security are **former** clients of Frantz Ward. Frantz Ward does not represent these clients in connection with the Debtor. |
| US Endoscopy | Creditor | **Former** client of Frantz Ward. Frantz Ward did not represent this client in connection with the Debtor. |
| Verizon Wireless | Creditor | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |

| | | |
|---|---|---|
| Xerox Corporation | Creditor | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| The Cincinnati Insurance Company | Other Interested Party | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor.<br><br>In addition, Frantz Ward represents (and has previously represented) the Debtor on matters covered by insurance policies with this client. |
| Prime Healthcare Management, Inc. | Other Interested Party | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Prime Healthcare Foundation, Inc. | Other Interested Party | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Prime Healthcare Foundation-Coshocton, Inc. | Other Interested Party | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |
| Westfield Insurance Co. | Other Interested Party | **Current** client of Frantz Ward. Frantz Ward does not represent this client in connection with the Debtor. |