UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| COSHOCTON COUNTY MEMORIAL ) | |
| HOSPITAL ASSOCIATION, ) | Case No. 16-51552 |
|    an Ohio nonprofit corporation, ) | |
| ) | Judge Koschik |
|                      Debtor. ) | |
| ) | |
| (Federal Tax I.D. No. 31-4387577) ) | |

**FIRST NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND
UNEXPIRED LEASES THAT WILL BE ASSUMED AND ASSIGNED**

    **PLEASE TAKE NOTICE** that on June 30, 2016, the Debtor filed the Motion of Debtor for an Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (C) Granting Related Relief, Docket No. 20 (the "Sale Motion"). Pursuant to the Sale Motion, the Debtor seeks, *inter alia*, the Bankruptcy Court's approval of the sale of substantially all the Debtor's assets, including the assumption and assignment of various executory contracts and unexpired leases (collectively, the "Assumed Contracts" and "Assumed Leases") to the Successful Bidder (as defined in the Sale Motion), free and clear of liens, claims, encumbrances and other interests.

    **PLEASE TAKE FURTHER NOTICE THAT** on August 10, 2016, the above-captioned debtor and debtor in possession (the "Debtor") filed the Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Docket No. 123. The Debtor filed the Amended Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Docket No. 178 on September 15, 2016.

    **PLEASE TAKE FURTHER NOTICE THAT** Prime Healthcare Foundation, Inc. and Prime Healthcare Foundation-Coshocton, LLC (the "Stalking Horse Bidder") has elected to have the Debtor assume and assign to it, pursuant to Section 1.11(a) of the Asset Sale Agreement between the Debtor and the Stalking Horse Bidder dated June 30, 2016 (the "Asset Sale Agreement"), the following contracts: [1]

- Master Services Agreement with Press Ganey Associates, Inc.

- Shared Services Agreement with Walnut Grove NH LLC

---

[1] The Debtor reserves the right to supplement this list at a later date prior to the closing date of the sale of the Debtor's assets to the Stalking Horse Bidder.

{6341277:}

- AT&T ILEC ISDN Prime Service with DS1 Service Agreement

- Swank Healthcare Agreement with Swank Healthcare

- Orthopedic Professional Services Agreement with Orthopedic & Neurological Consultants, Inc.

- Business Associate Agreement with Pain Management Group, LLC

- Lease agreement for equipment with Coshocton County Memorial Pain Management LLC

- Lease agreement for property located at 1523 Walnut Street with Coshocton County Memorial Pain Management LLC

- Health Insurance Benefit Agreement with CMS Medicare & Medicaid Services/Secretary of Health and Human Services

- Lease agreement for property located at 1523 Walnut Street with Adie Tamboli, MD, Inc.

- Lease for property located at 311 South 15th Street with Tammy Alverson, MD

- Lease for property located at 1523 Walnut Street with Jeffrey Austen, MD

- Lease for office space within property located at 1523 Walnut Street, and operating room and six pre-operating recovery rooms within property located at 1460 Orange Street with Coshocton County Memorial Pain Management LLC

- Lease for property located on lots 1568-1572 and 1589-159 with County of Coshocton, Ohio

- Lease for certain hospital facilities with County of Coshocton, Ohio

- Lease for property located at 221 Railroad Street with Debbie Dickson Counseling, Inc.

- Lease for property located at 440 Browns Lane with FPC Development PLL

- Timeshare lease agreement for property located at 311 South 15th Street with Genesis Medical Group LLC

- Lease for property located at McCoy Crossing with McCoy Plaza General Partnership

- Lease for property located at 1523 Walnut Street with Ohio Health Specialty Foundation

- Lease for property located at 1523 Walnut Street with Ohio Health Heart & Vascular Physicians

- Lease for property located at 1523 Walnut Street with Orthopedic & Neurological Consultants, Inc.

- Lease for property located at 311 South 15th Street with Orthopedic & Neurological Consultants, Inc.

- Timeshare lease agreement for property located at 311 South 15th Street with Primecare of Southeastern Ohio, Inc.

- Timeshare lease agreement for property located at 311 South 15th Street with SEOPG, Inc.

- Lease agreement of space in oncology unit building with Tri State Occupational Medicine

- Lease agreement for property located at 1433 Walnut Street with Walnut Grove NH, LLC

Pursuant to the terms of the Asset Sale Agreement, the Stalking Horse Bidder may also designate up to five contracts it wishes to take under further consideration for potential assumption by the Debtor and assignment to the Stalking Horse Bidder. Pursuant to section 1.11(b) of the Asset Sale Agreement, the contracts the Stalking Horse Bidder wishes to evaluate further for potential assumption and assignment are as follows:

- Electronic Medical Record and Ancillary Technology Agreement with Genesis Healthcare System

- Laboratory Services Agreement with Genesis Healthcare System

- Pharmacy Services Coverage Agreement with Genesis Healthcare System

- Independent Consultant Agreement with L&J Holdings, Inc.

Dated: September 20, 2016

Respectfully submitted,

/s/ Sean D. Malloy
Sean D. Malloy (0073157)
Michael J. Kaczka (0076548)
Maria G. Carr (0092412)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION