| In re: | Post-Confirmation Status Report |
|---|---|
| **Coshocton County Memorial Hospital Association** Debtor | Quarter: 1/01/2019 through 3/31/2019 |
| Chapter 11 Case No: 16-51552-amk | |

| Attorney/Professional - Name, Address, Phone, FAX & Email: | Person responsible for report: Name, Address, Phone, FAX & Email: |
|---|---|
| Daniel A. DeMarco, Esq. - Hahn Loeser & Parks, LLP | Joseph Oriti |
| 200 Public Square, Suite 2800 | 1603 Orrington Avenue, Suite 1600 |
| Cleveland, OH 44114 | Evanston, IL 60201 |
| Email: dademarco@hahnlaw.com  Phone: (216) 274-2432 | Email: joriti@soliccapital.com  Phone: (847) 583-2807 |

## SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER

| Disbursement made under the plan: | | |
|---|---|---|
| | Payments to Professionals: | $ 472,076.09 |
| | Payments to Secured Creditors: | $ |
| | Payments to Priority Creditors: | $ 524,027.62 |
| | Payments to Unsecured Creditors: | $ |
| | Payments to Equity: | $ |
| | All other plan payments: | $ |
| | TOTAL OF PLAN PAYMENTS: | $ 996,103.71 |
| Disbursements from Operations: | | $ 2,693.81 |
| **TOTAL ALL DISBURSEMENTS** | | $ 998,797.52 |

| | |
|---|---|
| Date Order was entered confirming plan? | July 12, 2017 |
| Who is the Disbursing Agent (if any)? | n/a |
| Current with Plan Payments? Why not? | Yes |
| Projected date for final decree? | TBD |
| What needs to be achieved before a final decree will be sought (attach a deparate sheet if necessary)? | Completion of all provisions under the Plan of Liquidation |
| Provide a narrative of events that impact upon the ability to perform under the reorganization plan or other significant events that occurred during the reporting period (attach a separate sheet if necessary). | n/a |
| Date last U.S. Trustee fee paid? | 1/29/19 |
| Amount Paid? | $ 1,625.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

April 30, 2019
Date

Signature of person responsible for this report
Name and Title: Joseph Oriti, Liquidation Trustee

*This report is to be filed with the U.S. Bankruptcy Court quarterly until a final decree is entered.*
*You may be required to file additional reports with the Bankruptcy Court.*

Revised 2/15  POST-CONFIRMATION STATUS REPORT  UST-R9